[No. 17963-0-III.    Division Three.    December 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E.
MINES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 98-8-00879-7, Neal Q. Rielly, J.,
entered October 16, 1998. *Affirmed* by unpublished opinion
per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.


[No. 18070-1-III.    Division Three.    December 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA
ANTHONY SPARLING, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 98-1-00258-9, Donald W. Schacht, J.,
entered November 10, 1998. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Schultheis, C.J.,
and Brown, J.


[No. 18113-8-III.    Division Three.    December 21, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE
RICHARD HUNT, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 98-1-02071-8, Salvatore F. Cozza, J.,
entered December 18, 1998. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Kurtz, A.C.J., and
Sweeney, J.


[No. 23481-5-II.    Division Two.    December 22, 1999.]

SCOTT W. HEDLUND, ET AL., *Respondents*, v. JEFFREY
VITALE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-2-07179-5, Frederick B. Hayes, J., entered
May 29, 1998. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Bridgewater, C.J., and Hunt, J.